UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SHANSHAN SHAO, HONGLIANG CHU, QIAN LIU, SONG LU, AND XINSHAN KANG, Plaintiffs, : : : : : : v. : : BETA PHARMA, INC., AND DON ZHANG, Defendants. : : : : | Civil Action No. 3:14CV01177 (CSH) OCTOBER 14, 2014 |

## MOTION TO DISQUALIFY OPPOSING COUNSEL

The defendants, Beta Pharma, Inc. ("Beta Pharma") and Don Zhang, hereby move to disqualify Jonathan Katz, Esq. ("Katz"), the attorney currently representing plaintiffs Shanshan Shao, Hongliang Chu, Qian Lu, Song Lu, and Xinshan Kang ("Plaintffs"), from representing Plaintiffs in this action. Defendants file herewith a Memorandum of Law with exhibits in support of this Motion. As set forth fully in that Memorandum, Attorney Katz is jointly representing Plaintiffs together with, and consulting with, New Jersey attorney Lance Liu ("Liu"). Liu previously represented Beta Pharma and Zhang on the subject matter of this litigation. Liu has now switched sides and, using confidential information he gained from his representation of Beta Pharma and Zhang, solicited Plaintiffs to bring this action and is jointly representing Plaintiffs together with Katz in the same matters in which he previously represented Beta Pharma and Zhang. Neither Katz nor Liu ever disclosed this relationship until Beta Pharma subpoenaed Liu for information related to this and another action.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, Defendants respectfully request that the Court grant their Motion and disqualify Attorney Katz from representing Plaintiff in this action.

> DEFENDANTS BETA PHARMA, INC. AND
> DON ZHANG,
>
> By:   /s/
>     Richard W. Bowerman, ct04181
>     Michael G. Caldwell, ct26561
>     LeClairRyan, A Professional Corporation
>     545 Long Wharf Drive, 9th Floor
>     New Haven CT 06511
>     Ph. (203) 672-1636
>     Fax (203) 672-1656
>     Email: michael.caldwell@leclairryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

/s/
Michael G. Caldwell (ct 26561)