UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHANSHAN SHAO, HONGLIANG
  CHU, QIAN LIU, SONG LU,
  AND XINSHAN KANG,
  Plaintiffs,

v.

BETA PHARMA, INC., AND
  DON ZHANG,
  Defendants.

Civil Action No. 3:14CV01177 (CSH)

OCTOBER 24, 2014

## MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISQUALIFY

Plaintiffs, by counsel, hereby move this court to extend by fourteen (14) days, until November 18, 2014, the time in which plaintiffs may file their opposition to defendants' motion to disqualify opposing counsel, dated October 14, 2014. This is the first extension of the deadline. The defendants consent.

In support, the undersigned represents that the motion raises complex issues of law and fact, including professional responsibility issues pertaining to plaintiffs' counsel. Undersigned counsel is simultaneously defending a similar motion filed by the same defendants in Guojian Xie vs. Beta Pharma, Inc., Don Zhang, et al., Superior Court, Judicial District of New Haven at New Haven, Docket Number NNH-CV-13-6035116-S. For the foregoing reasons, additional time is required to

prepare the response.

          PLAINTIFFS SHANSHAN SHAO, HONGLING CHU,
          QIAN LU, SONG LU, AND XINSHAN KANG,

By: _____
    Jonathan Katz, Esq.
    Jacobs & Dow, LLC
    350 Orange Street
    New Haven, Connecticut 06511
    Telephone: (203) 772-3100
    Facsimile:  (203) 772-1691
    Federal Juris No.:  ct00182
    Email jkatz@jacobslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Jonathan Katz, Esq.
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 772-3100
Facsimile: (203) 772-1691
Federal Juris No.: ct00182
Email jkatz@jacobslaw.com