UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANSHAN SHAO, HONGLIANG CHU, QIAN LIU, SONG LU, AND XINSHAN KANG, Plaintiffs, : : : : : : v. : : BETA PHARMA, INC., AND DON ZHANG, : : Defendants. : : | Civil Action No. 3:14CV1177<br><br>DECEMBER 2, 2014 |

## MOTION FOR SCHEDULING OF CONFERENCE

The defendants in the present action, Beta Pharma, Inc. and Don Zhang, hereby move for the expedited scheduling of a conference between the Court and the parties to discuss the appropriate method for Defendants to place before the Court certain documents that are relevant to its consideration of Defendants' Motion to Disqualify Counsel, dated October 14, 2014 (the "Motion to Disqualify"), while meeting Defendants' legitimate concerns about their confidential and privileged information.

The Motion to Disqualify is based on the fact that Plaintiffs' attorney, Jonathan Katz, has teamed up with Defendants' former lawyer, Lance Liu, to represent Plaintiffs, creating the opportunity for disclosure of Defendants' confidential and privileged information and its use against Defendants.  See Memorandum in Support of Motion to Disqualify Opposing Counsel, filed on October 14, 2014 (the "Supporting Brief").  Because the basis for the Motion to Disqualify is the possibility that Plaintiffs' counsel may use Defendants' confidential and

privileged information against them, the process of briefing that Motion must not exacerbate that danger.

On November 18, 2014, Plaintiffs filed a Memorandum in Opposition to the Motion to Disqualify (the "Opposition Brief"). On November 25, 2014, the Court granted Defendants until December 16, 2014 to file a Reply Memorandum of Law (the "Reply Brief"). Defendants possess certain documents that constitute strong evidence on the issues raised in the briefs (the "Documents"). Although Defendants believe that the facts and legal authority that they have presented to the Court in the Supporting Brief, and will present to the Court in the Reply Brief, are sufficient by themselves to establish that the Motion to Disqualify should be granted, the Court's review of the Documents would further establish the necessity of disqualification.

However, the Documents constitute Defendants' confidential and privileged information. This presents an unusual procedural issue, because service of the Documents on Plaintiffs' counsel would risk exactly the consequences that the Motion to Disqualify seeks to prevent. Therefore, Defendants wish to place the Documents before the Court in such a way as to eliminate the possibility that they may be disseminated or used against Defendants in this action, and to avoid any waiver of attorney-client privilege as to the Documents or other information. Defendants wish to determine the appropriate means of doing so.

Consequently, Defendants respectfully request that the Court schedule a conference with the parties, to be held as soon as possible, to discuss the appropriate means of presenting the Documents for the Court's review while protecting Defendants' rights with respect to their confidential and privileged information. Such a conference might be held by telephone. If such a conference is ordered, either it should be held far enough in advance of the December 16, 2014 deadline for filing the Reply Brief to permit Defendants to complete that Brief in accordance

with the results of the discussion, or else the deadline for filing the Reply Brief should be extended to a sufficient time after the date of the conference to permit Defendants to complete it.

          THE DEFENDANTS, BETA PHARMA, INC. AND DON ZHANG,

By:   /s/
     Michael G. Caldwell, ct26561
     LeClairRyan, A Professional Corporation
     545 Long Wharf Drive, Ninth Floor
     New Haven, Connecticut  06511
     Telephone: (203) 672-1636
     Facsimile:  (203) 672-1656
     Email michael.caldwell@leclairryan.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 2, 2014 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of  Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

    /s/
Michael G. Caldwell (ct 26561)