UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANSHAN SHAO, HONGLIANG CHU, QIAN LIU, SONG LU, AND XINSHAN KANG, Plaintiffs, | : : : : : : : |
| v. | : : Civil Action No. 3:14CV01177 (CSH) |
| BETA PHARMA, INC., AND DON ZHANG, Defendants. | : : : : : FEBRUARY 19, 2016 |

## MOTION TO MODIFY "RULING ON MOTION TO QUASH SUBPOENAS" [DOCUMENT 109] TO INCLUDE RECORDS FOR 2010

Plaintiffs, by counsel, hereby respectfully move this court to modify its' "Ruling on Motion to Quash Subpoenas", Document 109, so that the relevant period for production commences on January 1, 2010, rather than January 1, 2011. In support, plaintiffs represent as follows:

1.  Plaintiff Hongliang Chu was the first plaintiff to purchase Zhejiang Beta Pharma shares from Don Zhang and Beta Pharma, Inc. His stock purchase agreement was signed by Hongliang Chu and Don Zhang on February 15, 2010. A copy is attached as Exhibit A. Exhibit A called for a purchase price of U.S. $66,329.00. This sum was paid on February 16, 2010, by check 239. A copy of a redacted checking account statement from Bank of America showing this payment is attached as Exhibit B. Plaintiff is attempting to get a copy of the check, to establish whether it was paid to Beta Pharma or Zhang, individually.

2.  Plaintiff Xinshan Kang purchased Zhejiang Beta Pharma shares pursuant to a contract dated August 16, 2010.  The contract (mostly in Chinese) contains directions in English for payment to Don Zhang's personal account ending 4126 at Bank of America in East Haven, Connecticut, and references Zhang's Social Security number ending 205.   Zhang hand-wrote and initialed the routing number for Bank of America, 011900571, the bank that held his personal account.  A copy of the contract (with portions of account numbers and Social Security number redacted) is attached as Exhibit C.

3.  Plaintiff Song Lu purchased Zhejiang Beta Pharma shares pursuant to a stock purchase agreement dated March 16, 2010, copy attached as Exhibit D.

Based on these documents, it is clear that 2010 is a relevant year, and that a genuine issue of fact exists in 2010 concerning the claim that Don Zhang, individually, received payment for Zhejiang Beta Pharma stock owned by Beta Pharma, Inc.  Bank records from 2010 may support plaintiffs' claim that the "corporate shield" between Zhang and Beta Pharma, Inc. should be disregarded.  Under these circumstances and following the logic of this Court's prior ruling, the undersigned respectfully moves this Court to expand its ruling to include bank records for Beta Pharma, Inc., and Don Zhang commencing January 1, 2010.  Production of the additional records would of course be

subject to the protective order provisions of this Court's Ruling.

PLAINTIFFS SHANSHAN SHAO, HONGLING CHU, QIAN LU, SONG LU, AND XINSHAN KANG,

By:_____

Jonathan Katz, Esq.
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 772-3100
Facsimile:  (203) 772-1691
Federal Juris No.:  ct00182
Email jkatz@jacobslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of

this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice

of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Jonathan Katz, Esq.
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 772-3100
Facsimile:  (203) 772-1691
Federal Juris No.:  ct00182
Email jkatz@jacobslaw.com

# EXHIBIT A

G1743

# STOCK PURCHASE AGREEMENT

THIS STOCK PURCHASE AGREEMENT (this "Agreement") is made and entered into as of February 16, 2010, by and between BetaPharma Inc (Beta) located at 31 Business Park Dr., Branford, CT 06405. ("Seller"), and Hongliang Chu, (China Passport No. G14499872), a private investor ("Purchaser")

WHEREAS, the Seller is the record owner and holder of the issued shares of the capital stock of Zhejiang Beta Pharma limited Company, ("Company") Located at 589 Hongfeng Rd,Yuhang ,Hangzhou,Zhejiang 311100,China, one China-based Company, which Company has issued capital stock of 45,310,000 Shares; and

WHEREAS Seller is hereby selling his 45,310 shares of stock representing 0.1% stock shares in the Company at price of ten RMB per share and total of 453,100 Yuan RMB ; and

WHEREAS, the Purchaser desires to purchase said stock and the Seller desires to sell said stock, upon the terms and subject to the conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained in this Agreement, and in order to consummate the purchase and the sale of the Company's Stock aforementioned, it is hereby agreed as follows:

FIRST: Seller is hereby selling Seller's shares of stock in the Company, as evidenced by 45,310 shares of common stock at price of ten RMB per share and total of 453,100 Yuan RMB on Feb 16, 2010, which will be converted to 453,100 shares and value one RMB each share before the Company issues any initial public offerings.

SECOND:  PURCHASE AND SALE

 Subject to the terms and conditions hereinafter set forth, at the closing of the transaction contemplated hereby, the Seller shall sell, convey, transfer, and deliver to the Purchaser certificates representing such stock, and the Purchaser shall purchase from the Seller the Company's Stock in consideration of the purchase price set forth in this Agreement.

The shares purchased by Purchaser will be hold under Seller's name till the time of Company's Initial Public Offering or anytime that the Stock share can be transferred to under Purchaser's name as long as the Company share-holders agree doing so. If there will be problems of listing the Purchaser as share holder while the Company issue initial public stock offering, the Seller shall continue holding the shares on behalf of the Purchaser, and the Purchaser has the right to sell the part or all the amount of shares through the Seller at any given time that the shares could be being allowed to circulate in the market.

The Purchaser has the right to transfer the part or full amount of his stock to others investors or individuals under appropriate mutual agreement anytime before the Company issues an initial public stock offering.  However, the Seller will only regards the investor as the only stock holder before the stock being transferred to the Purchaser and other special transactions will be handled between the Purchaser and other individuals or company.

 In case that Company runs into any unexpected situation and fails to issue an initial public offering, the Seller will fully refund 453,100 RMB Yuan to the investor within 30 days upon a write request from the Purchaser.

 The closing of the transactions contemplated by this Agreement ("Closing"), shall be held at ___*15*___ , on ___*Feb*___ ,at *Branford*, or such other place, date and time as the parties hereto may otherwise agree.

THIRD:  AMOUNT AND PAYMENT OF PURCHASE PRICE

The total consideration and method of payment thereof are fully set out in Exhibit "A" attached hereto and made a part hereof.

FOURTH:  REPRESENTATIONS AND WARRANTIES OF SELLER.

 Seller hereby warrants and represents:

 (a) Organization and Standing.  Company is a company duly organized, validly existing and in good standing under the laws of The People's Republic of China and has the corporate power and authority to carry on its business as it is now being conducted.

 (b) Restrictions on Stock.
  i. The Seller is not a party to any agreement, written or oral, creating rights in respect to the Company's Stock in any third person or relating to the voting of the Company's Stock.
  ii. Seller is the lawful owner of the Stock, free and clear of all security interests, liens, encumbrances, equities and other charges.
  iii. There are no existing warrants, options, stock purchase agreements, redemption agreements, restrictions of any nature, calls or rights to subscribe of any character relating to the stock, nor are there any securities convertible into such stock.

FIFTH:  REPRESENTATIONS AND WARRANTIES OF SELLER AND PURCHASER

Seller and Purchaser hereby represent and warrant that there has been no act or omission by Seller, Purchaser or the Company.

SIXTH: GENERAL PROVISIONS

(a) Entire Agreement. This Agreement (including the exhibits hereto and any written amendments hereof executed by the parties) constitutes the entire Agreement and supersedes all prior agreements and understandings, oral and written, between the parties hereto with respect to the subject matter hereof.

(b) Sections and Other Headings. The section and other headings contained in this Agreement are for reference purposes only and shall not affect the meaning or interpretation of this Agreement.

(c) Governing Law. This agreement and all transactions contemplated hereby, shall be governed by, construed and enforced in accordance with the laws of the State of _CT_. The parties herein waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in _New Haven_ County, State of _CT_. In the event that litigation results from or arises out of this Agreement or the performance thereof, the parties agree to reimburse the prevailing party's reasonable attorney's fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled.

IN WITNESS WHEREOF, this Agreement has been executed by each of the individual parties hereto on the date first above written.

Signed, sealed and delivered in the presence of:

Don Zhang, Seller                              Hongliang Chu, Purchaser,

President of BetaPharma, Inc                   Director of First Access, LLC

Signature and date _Feb 15, 2010_             Signature and date _02/15/2010_

Witness by Dr. Shaojing Hu

Signature and date _02/15/2010_

EXHIBIT "A" AMOUNT AND PAYMENT OF PURCHASE PRICE

(a) Consideration. As total consideration for the purchase and sale of the Company's Stock, pursuant to this Agreement, the Purchaser shall pay to the Seller the sum of 453,100 Chinese Yuan(RMB) (¥ ) which is ($ 66,329 ), such total consideration to be referred to in this Agreement as the "Purchase Price".

(b) Payment. The Purchase Price shall be paid as follows:
The sum of ____ Dollars ($ 66,329 ) to be delivered to Seller at Closing.

Sixty-Six thousands three hundred twenty-nine -

# Exhibit B



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

**Combined Statement**
Page 1 of 7          385000561510
Statement Period
02-04-10 through 03-09-10
B 04 0 A P PA 4          0016641
Number of checks enclosed: 0

IIIᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵ
10280 001 SCM999 I   4 0

HONG LIANG CHU
608 CAMPBELL AVE APT 18C
WEST HAVEN CT 06516-4431

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement
online and even turn off delivery of your paper statement.**
Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
1.800.432.1000 Customer Service                               Bank of America, N.A.
1.800.288.4408 TDD/TTY Users Only                             P.O. Box 25118
1.800.688.6086 En Español                                     Tampa, FL 33622-5118

## Your Statement Summary

| Account Name | Account Number | Statement Date | Balance ($) |
|---|---|---|---|
| **Bank Deposit Accounts \*\*** | | | |
| Regular Checking | 1510 | 03-09 | 8,948.06 |
| Regular Savings | 6848 | 03-09 | 11.46 |
| | | **Total Deposit Account Balance** | **$8,959.52** |
| **Bank Credit Accounts \*\*** | | | |
| Financial Rewards | \* | 9375 | 03-09 | 0.00 |
| | | **Total Credit Account Balance** | **$0.00** |

\* Detailed information about this account is not included on this statement.

\*\* Banking products such as checking and savings accounts and credit accounts are offered by Bank of America, N.A., member FDIC. Credit card accounts are offered by Bank of America, N.A. (USA).

Taxes can be complicated. Choosing Jackson Hewitt®is easy. They'll ask the right questions so you'll get every deduction and credit you deserve. And that could mean more money in your pocket. Jackson Hewitt welcomes all Bank of America customers. Visit any participating location and show this statement to your tax preparer to receive $25 off paid tax preparation. Code: 9LMLN. Offer expires 4/30/10. Details at www.jacksonhewitt.com/bankofamerica.

H

**Combined Statement**
Page 2 of 7          385000561510
Statement Period
02-04-10 through 03-09-10
B 04  0  A P PA  4
Number of checks enclosed: 0

HONG LIANG CHU

## Deposit Accounts

### Regular Checking

HONG LIANG CHU

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | 1510 |
| Beginning Balance on 02-04-10 | $ | 7,598.58 |
| Deposits and Other Additions | + | 73,091.63 |
| Checks Posted | - | 67,822.50 |
| ATM and Debit Card Subtractions | - | 2,379.84 |
| Service Charges and Other Fees | - | 24.00 |
| Other Subtractions | - | 1,515.81 |
| **Ending Balance on 03-09-10** | **$** | **8,948.06** |

### Regular Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 02-16 | 66,329.00- | 13,859.11 | Check | 239 |

# EXHIBIT C

# 股权转让合同

本协议于 2010 年 8 月 16 日在北京（浙江贝达药业有限公司，北京新药研发中心，北京亦庄经济技术开发区景园北街 2 号，C10-1 栋）和美国纽黑文（BetaPharma, Inc., 31 Business Park Dr., Branford, CT 06405）签署。

本协议甲方：卖方，BetaPharma, Inc., 31 Business Park Dr., Branford, CT 06405;

乙方：买方，康心汕，中国护照号码：G2Redacted5，浙江贝达药业有限公司首席药学家。

浙江贝达药业有限公司（杭州市余杭区红丰路 589 号）现有发行的有效股份约为 45，310，000 股。甲方为浙江贝达药业有限公司股东，现持有浙江贝达药业有限公司的有效股份约 *14,499,200* 股。甲方保证在本协议有效期间拥有的有效股份多于下述将要转让给乙方的股份数量，且本合同涉及出让的股份不存在质押行为。

甲乙双方依据中国法律之规定，本着诚实信用原则，结合双方实际，签订本股权转让合同，甲方确认并协助本合同的履行。

甲乙双方就股权转让事宜达成协议如下：

一、甲方有意转让其拥有的浙江贝达药业有限公司的约 0.2%给乙方，共 90,000 股，转让价格为每股拾（10）元人民币，共 90 万元，乙方按此价格有意接受甲方转让的上述股份（**本协议相关股权**）。

二、在转让交割清楚（即本合同签订并且资金到账）之后，甲方保证在浙江贝达药业有限责任公司进行股份制改制时向乙方出具出资证明书、股东名册，完成与本协议相关股权的转让变更相关所需的法律手续。

三、在股份转让交割清楚（即签约并资金到账）之日起，本协议成立并生效。甲方无权撤销或反悔，乙方将取得本协议相关股权及其任何与之相应的股东权益。乙方应在 2010 年 8 月 21 日前将至少 5 万美元汇至

Bank name: Bank of America;

Bank's address: 170 Main Street, East Haven, CT 06405;

Account number: Redacted   4126;

Beneficiary's name: Don Zhang;

Beneficiary's social security number: Redacted 205

*Bank routing number 011900571*

并将剩余款项以人民币方式汇至

开户行：招商银行上海市古北支行

户名：张晓霞

账号：Redacted      6343

四、在本协议生效后，乙方完全自主决定本协议相关股权及其任何相关权利和收益。任何时候，没有乙方书面同意，甲方不能擅自做出任何与本协议相关股权相关的决定，包括但不限于本协议相关股权的转让、质押和贷款担保等。即使甲乙双方未及时办理相关变更手续，不

浙江贝达药业股份转让合同　　　　　　3　　　　　　　　2010-8-1

影响乙方对**本协议相关股权**的实际持有及享受相关权益。

五、乙方有权在公司上市前的任何时候，书面通知甲方要求退还所购买的部分或全部股份，甲方将在 60 天内退还其相应的投入资金。如果甲方未能及时返还款项，由此对乙方造成了任何损失，甲方应给予乙方所遭受损失的 2 倍的赔偿。

六、本协议在实施过程中如有任何争端，均需依据中华人民共和国相关法律解决，解决争端的仲裁地为北京。

七、甲、乙双方任何协商包括书面通知，可以选择以双方电子邮件内容，信件或电传为证据，

甲方指定的联系方式为：

电子邮件：don.pharmaman@gmail.com

邮寄地址：BetaPharma, Inc., 31 Business Park Dr., Branford. CT 06405，USA

电传号码：203-315-5081 （USA）

乙方指定的联系方式为：

电子邮件：jason_xkang@yahoo.com

邮寄地址：100176 北京经济技术开发区天宝园六里 30-C-301

电传号码：010-6786-9692 x 605

浙江贝达药业股份转让合同     4     2016-8-1

八、本合同一式二份，甲乙双方各执一份。

甲方：美国贝达药业有限公司总裁，浙江贝达药业有限公司副董事长

张晓东

乙方：浙江贝达药业有限公司首席药学家

康心汕

# EXHIBIT D

# STOCK PURCHASE AGREEMENT

THIS STOCK PURCHASE AGREEMENT (this "Agreement") is made and entered into as of March 16, 2010, by and between BetaPharma Inc (Beta) located at 31 Business Park Dr., Branford, CT 06405. ("Seller"), and Song Lu,  (Tennessee Drive License. 093096924), a private investor ("Purchaser")

WHEREAS, the Seller is the record owner and holder of the issued shares of the capital stock of  Zhejiang Beta Pharma limited Company, ("Company") Located at 589 Hongfeng Rd,Yuhang ,Hangzhou,Zhejiang 311100,China, one China-based Company, which Company has issued capital stock of 45,310,000 Shares; and

WHEREAS Seller is hereby selling his 90,620 shares of stock representing 0.2% stock shares in the Company at price of ten RMB per share and total of 906,200 Yuan RMB ; and

WHEREAS, the Purchaser desires to purchase said stock and the Seller desires to sell said stock, upon the terms and subject to the conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained in this Agreement, and in order to consummate the purchase and the sale of the Company's Stock aforementioned, it is hereby agreed as follows:

FIRST: Seller is hereby selling Seller's shares of stock in the Company, as evidenced by 90,620 shares of common stock at price of ten RMB per share and total of 906,200 Yuan RMB on March 16, 2010, which will be converted to 906,200 shares and value one RMB each share before the Company issues any initial public offerings.

SECOND:  PURCHASE AND SALE

 Subject to the terms and conditions hereinafter set forth, at the closing of the transaction contemplated hereby, the Seller shall sell, convey, transfer, and deliver to the Purchaser certificates representing such stock, and the Purchaser shall purchase from the Seller the Company's Stock in consideration of the purchase price set forth in this Agreement.

The shares purchased by Purchaser will be hold under Seller's name till the time of Company's Initial Public Offering or anytime that the Stock share can be transferred to under Purchaser's name as long as the Company share-holders agree doing so. If there will be problems of listing the Purchaser as share holder while the Company issue initial public stock offering, the Seller shall continue holding the shares on behalf of the Purchaser, and the Purchaser has the right to sell the part or all the amount of shares through the Seller at any given time that the shares could be being allowed to circulate in the market.

The Purchaser has the right to transfer the part or full amount of his stock to others investors or individuals under appropriate mutual agreement anytime before the Company issues an initial public stock offering. However, the Seller will only regards the investor as the only stock holder before the stock being transferred to the Purchaser and other special transactions will be handled between the Purchaser and other individuals or company.

In case that Company runs into any unexpected situation and fails to issue an initial public offering, the Seller will fully refund 906,200 RMB Yuan to the investor within 30 days upon a write request from the Purchaser.

The closing of the transactions contemplated by this Agreement ("Closing"), shall be held at _____, on _____ ,at _____, or such other place, date and time as the parties hereto may otherwise agree.

THIRD:  AMOUNT AND PAYMENT OF PURCHASE PRICE

The total consideration and method of payment thereof are fully set out in Exhibit "A" attached hereto and made a part hereof.

FOURTH:  REPRESENTATIONS AND WARRANTIES OF SELLER.

Seller hereby warrants and represents:

(a) Organization and Standing.  Company is a company duly organized, validly existing and in good standing under the laws of The People's Republic of China and has the corporate power and authority to carry on its business as it is now being conducted.

(b) Restrictions on Stock.
   i. The Seller is not a party to any agreement, written or oral, creating rights in respect to the Company's Stock in any third person or relating to the voting of the Company's Stock.
   ii. Seller is the lawful owner of the Stock, free and clear of all security interests, liens, encumbrances, equities and other charges.
   iii. There are no existing warrants, options, stock purchase agreements, redemption agreements, restrictions of any nature, calls or rights to subscribe of any character relating to the stock, nor are there any securities convertible into such stock.

FIFTH:  REPRESENTATIONS AND WARRANTIES OF SELLER AND PURCHASER

Seller and Purchaser hereby represent and warrant that there has been no act or omission by Seller, Purchaser or the Company.

BP000258

SIXTH: GENERAL PROVISIONS

(a) Entire Agreement. This Agreement (including the exhibits hereto and any written amendments hereof executed by the parties) constitutes the entire Agreement and supersedes all prior agreements and understandings, oral and written, between the parties hereto with respect to the subject matter hereof.

(b) Sections and Other Headings. The section and other headings contained in this Agreement are for reference purposes only and shall not affect the meaning or interpretation of this Agreement.

(c) Governing Law. This agreement and all transactions contemplated hereby, shall be governed by, construed and enforced in accordance with the laws of the State of _____. The parties herein waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in _____ County, State of _____. In the event that litigation results from or arises out of this Agreement or the performance thereof, the parties agree to reimburse the prevailing party's reasonable attorney's fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled.

IN WITNESS WHEREOF, this Agreement has been executed by each of the individual parties hereto on the date first above written.

Signed, sealed and delivered in the presence of:

Don Zhang, Seller                                    Song Lu, Purchaser,

President of BetaPharma, Inc                         Director of First Access, LLC

_____                           _____
Signature and date                                   Signature and date

Witness by Shaojing Hu

_____
Signature and date

BP000259

EXHIBIT "A" AMOUNT AND PAYMENT OF PURCHASE PRICE

(a) Consideration. As total consideration for the purchase and sale of the Company's Stock, pursuant to this Agreement, the Purchaser shall pay to the Seller the sum of _____ Chinese Yuan(RMB) ( ¥ ) which is ($_____), such total consideration to be referred to in this Agreement as the "Purchase Price".

(b) Payment. The Purchase Price shall be paid as follows:
The sum of _____ Dollars ($_____) to be delivered to Seller at Closing.