UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANSHAN SHAO, HONGLIANG CHU, QIAN LIU, SONG LU, AND XINSHAN KANG, Plaintiffs, <br><br> v. <br><br> BETA PHARMA, INC., AND DON ZHANG, Defendants. | Civil Action No. 3:14CV1177 (CSH) <br><br><br> MARCH 11, 2016 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY RULING ON MOTION TO QUASH SUBPOENAS**

**PRELIMINARY STATEMENT**

Pursuant to Rule 7(a)(1) of the Local Rules of this Court, defendants Beta Pharma, Inc. ("Beta Pharma") and Don Zhang (together, "Defendants") file this Memorandum of Law in Opposition to plaintiffs Shanshan Shao, Hongliang Chu, Qian Liu, Song Lu, and Xinshan Kang's ("Plaintiffs") Motion to Modify Ruling on Motion to Quash Subpoenas [D.E. 114] (the "Motion for Reconsideration"). In violation of this Court's Local Rules, Plaintiffs filed their Motion for Reconsideration ten days after the deadline. Their Motion offers no reason for the late filing. Plaintiffs slept on their rights to seek reconsideration and should not now be heard to dispute this Court's decision on the Motion to Quash Subpoenas.

**STATEMENT OF RELEVANT FACTS AND PROCEDURAL HISTORY**

On December 7, 2015, Defendants filed a Motion to Quash Subpoenas directed to Bank of America and JPMorgan Chase Bank. [D.E. 101]. On January 26, 2016, the Court issued its Ruling on Motion to Quash Subpoenas, limiting the scope of the documents to be produced to

those from 2011 forward.  [D.E. 109, at p. 4].  Twenty-four (24) days later, on February 19, 2016, Plaintiffs filed this untimely Motion for Reconsideration.

## LEGAL ARGUMENT

**I.     PLAINTIFFS' UNTIMELY MOTION FOR RECONSIDERATION MUST BE DENIED**

Plaintiffs failed to file their Motion for Reconsideration in a timely manner, so that Motion must be denied.

Under Local Rule 7(c)(1), "[m]otions for reconsideration shall be filed and served within fourteen (14) days of the filing of the decision or order from which such relief is sought..."

This filing deadline for motions for reconsideration is mandatory, and a party's failure to file a timely motion for reconsideration is grounds for denying the motion.  *See*, *e.g.*, *Palmer v. Sena*, 474 F.Supp.2d 353, 354 (D. Conn. 2007).  Indeed, this Court has denied untimely motions for reconsideration.  *See*, *e.g.*, *Alston v. Pafumi*, No. 3:09-CV-1978(CSH), 2012 WL 6093893, at *1 (D. Conn. Dec. 7, 2012) ("Because the motions [for reconsideration] were filed more than fourteen days after the May 18, 2011 Ruling, they are denied as untimely."); *Lavigne v. Michael's Stores, Inc.*, No. 3:14–CV–01717 (CSH), 2015 WL 1826169, at *2 (D. Conn. April 22, 2015) (denying Plaintiff's motion for reconsideration "filed twenty days after the Court granted Defendant's motion to strike," or six (6) days late).

Here, Plaintiffs failed to comply with Local Rule 7(c)(1)'s requirement of filing a motion for reconsideration within fourteen days of the order or decision in question.  The Court issued its Ruling on Motion to Quash Subpoenas on January 26, 2016, so under that Rule, any motion for reconsideration was due by February 9, 2016.  However, Plaintiffs filed their Motion for Reconsideration on February 19, 2016 – that is, ten (10) days after the deadline.

Because Plaintiffs failed to file their Motion for Reconsideration in a timely manner, under Local Rule 7(c)(1) and the case law cited above, that Motion should be denied.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the Court deny Plaintiffs' Motion for Reconsideration.

DEFENDANTS BETA PHARMA, INC. AND
DON ZHANG,

By:    /s/
    Michael G. Caldwell (ct26561)
    LeClairRyan, A Professional Corporation
    545 Long Wharf Drive, Ninth Floor
    New Haven, Connecticut  06511
    Telephone: (203) 672-1636
    Facsimile:  (203) 672-1656
    Email michael.caldwell@leclairryan.com

    Jack L. Kolpen (NJ Bar No. 026411987)
    Benjamin R. Kurtis (NJ Bar No. 029492010)
    Fox Rothschild, LLP
    Princeton Pike Corporate Center
    997 Lenox Dr., Bldg. 3
    Lawrenceville, New Jersey 08648-2311
    Telephone:  (609) 895-3304
    Facsimile: (609) 896-1469
    Email: JKolpen@foxrothschild.com
    Email: bkurtis@foxrothschild.com
    *Admitted as Visiting Attorneys*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.


   /s/
Michael G. Caldwell (ct 26561)